CONSTANCE B. PRICE, Appellant, *v.* DEWITT C. HOLMAN et al., Executors, etc., Respondents.

SAME, Appellant, *v.* STEPHEN BROWN et al., Executors, etc. Respondents.

(Argued March 2, 1886 ; decided March 9, 1886.)

*M. A. Sheldon* for motion.

Motions to dismiss appeals granted.

All concur.

Appeals dismissed.